SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SEONG KIM, Cal. Bar No. 166604
skim@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701

LAURA L. CHAPMAN, Cal. Bar No. 167249
lchapman@sheppardmullin.com
LAI L. YIP, Cal. Bar No. 258029
lyip@sheppardmullin.com
TONI QIU Cal. Bar No. 302268
tqiu@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

THE WEBB LAW FIRM
Kent E. Baldauf, Jr. (*pro hac vice* application to be filed)
kbaldaufjr@webblaw.com
Cecilia R. Dickson (*pro hac vice* application to be filed)
cdickson@webblaw.com
Christian D. Ehret (*pro hac vice* application to be filed)
cehret@webblaw.com
420 Ft. Duquesne Blvd. Suite 1200
Pittsburgh, PA 15222
Telephone: 412.471.8815
Facsimile: 412.471.4094

Attorneys for FOREVER 21, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PUMA SE, a German company; and PUMA NORTH AMERICA, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FOREVER 21, INC., a Delaware corporation,, <br><br> Defendant. | Case No. 2:17-CV-02523-PSG-E <br><br> **NOTICE OF INTENTION TO FILE OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> **Date:    To Be Determined** <br> **Time:   To Be Determined** <br> **Courtroom:   6A** <br> **Honorable Philip S. Gutierrez** |

1    Defendant Forever 21, Inc. ("Defendant" or "Forever 21") intends to file, by
2 3:00 p.m. on Monday, April 10, 2017, a written opposition to the Application for
3 Temporary Restraining Order and Order to Show Cause Why a Preliminary
4 Injunction Should Not Issue ("Application for TRO") (Docket Entry 14).

5    Filing the opposition on Monday, April 10, 2017 will be timely because, as
6 far as Forever 21 can determine, the Application for TRO has not been served, and
7 for the reasons explained below.

8    Plaintiffs Puma SE and Puma North America, Inc. (collectively, "Plaintiffs"
9 or "Puma") filed the Application for TRO on April 5, 2017.  Puma has not served
10 the Application for TRO on Forever 21 or its registered agent for service of
11 process.[1]

12    It was not until after-hours on the following day, specifically at 7:26 p.m. on
13 April 6, 2017, that Puma first provided the Application for TRO to outside counsel
14 for Forever 21, by emailing it to Forever 21's outside counsel.  This does not
15 constitute proper service and the notice that was provided was not timely.

16    This Court's Standing Order Regarding Newly Assigned Cases ("Standing
17 Order") provides, in pertinent part:

18    **10.    Ex Parte Applications**.  …The moving party shall
19    serve the opposing party by facsimile transmission and
20    shall notify the opposition that opposing papers must be
21    filed not later than 3:00 p.m. on the first business day
22    following such facsimile service. If counsel does not
23    intend to oppose an ex parte application, he or she must
24    inform the Courtroom Deputy Clerk at (213) 894-8899.

---

[1] Puma filed the Complaint on March 31, 2017 (Docket Entry 1).  Puma filed a First Amended Complaint on April 4, 2017 (Docket Entry 13).  No responsive pleading is yet due and none has been filed.

|     |     |
| --- | --- |
| 1   | **11.  <u>TROs and Injunctions.</u>** Parties seeking emergency |
| 2   | or provisional relief shall comply with Rule 65 and Local |
| 3   | Rule 65. The Court will not rule on any application for |
| 4   | such relief for at least twenty-four hours after the party |
| 5   | subject to the requested order has been served, unless |
| 6   | service is excused. Such party may file opposing or |
| 7   | responding papers in the interim. |

At no time did Puma or its counsel ever inform Forever 21 or its counsel that any opposing papers by Forever 21 must be filed on or before 3:00 p.m. on the next business day, as required under this Court's Standing Order (Standing Order, ¶ 10). See Exhibit A.

As shown in Exhibit A, counsel of record for Puma, Tamany Vinson Bentz, stated in her email to outside counsel for Defendant Forever 21 dated April 6, 2017 at 7:26 p.m. that she "believe[s the Application for TRO], as well as the documents filed last Friday, have already been served on your client's registered agent, as the documents were sent out for service this morning."

Service has not been effected, and Puma has not filed a proof of service with the Court showing service of the Application for TRO.

Based on the foregoing, Puma has not complied with this Court's Standing Order to provide effective proper and timely service of the Application for TRO on Forever 21, and therefore, the "clock" on Forever 21's opposition deadline has not begun.

Notwithstanding the above, Forever 21 intends to file a written opposition to Puma's Application for TRO by 3:00 p.m. on Monday, April 10, 2017.

SMRH:482340220.1

-3-

Case No. 2:17-CV-02523-PSG-E
NOTICE OF DEFENDANT'S INTENTION TO FILE OPPOSITION
TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER

1 | Dated: April 7, 2017

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Laura L. Chapman*
       LAURA L. CHAPMAN

Attorneys for Forever 21, Inc.