VENABLE LLP
Justin E. Pierce (appearing *pro hac vice*)
jepierce@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone:   (202) 344-4442
Facsimile:    (202) 344-8300

Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
Matthew J. Busch (SBN 307396)
mjbusch@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Kimberly Culp Cloyd (SBN 238839)
kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:    (415) 653-3755

Attorneys for Plaintiffs PUMA SE and
PUMA NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUMA SE, a German company; and PUMA NORTH AMERICA, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>    v.<br><br>FOREVER 21, INC., a Delaware corporation,<br><br>      Defendant. | CASE NO. 2:17-cv-02523-PSG-E<br><br>**DECLARATION OF MATTHEW J. BUSCH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF MATTHEW J. BUSCH

I, Matthew J. Busch, declare as follows:

1. I am an attorney at Venable LLP, counsel of record for Plaintiffs Puma SE and Puma North America, Inc. (collectively "Puma") in the above-captioned action. Unless otherwise stated, matters referred to in this declaration are based on my personal knowledge, and, if called to testify as a witness, I could and would testify competently to the facts set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Rihanna's twitter page available at https://twitter.com/rihanna?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor that I last accessed on March 30, 2017. As of April 5, 2017, Rihanna has amassed a total of 70.8 million Twitter followers.

3. Attached hereto as **Exhibit B** is a true and correct copy of Forever 21's website available at http://www.forever21.com/Company/About.aspx?br=f21 that I last accessed on April 3, 2017.

4. Attached hereto as **Exhibit C** is a true and correct copy of an article entitled "Forever 21's Fast (and Loose) Fashion Empire)" available at https://www.bloomberg.com/news/articles/2011-01-20/forever-21s-fast-and-loose-fashion-empire that I last accessed on April 3, 2017.

5. Attached hereto as **Exhibit D** is a true and correct copy of an article entitled "Forever 21 Sues Another Retailer for Copying" available at http://www.thefashionlaw.com/home/forever-21-sues-another-retailer-for-copying that I last accessed on April 3, 2017.

6. Attached hereto as **Exhibit E** is a true and correct copy of Docket No. 118 in the case *Anthropologie, Inc. v. Forever 21, Inc.* et al., No. 1:07-cv-7873 (RJS)(MHD).

7. Attached hereto as **Exhibit F** are true and correct copies of Defendant's shoes in various colors found on Forever 21's website available at

1  http://www.forever21.com/ that I last accessed on April 4, 2017.

2      8.    Attached hereto as **Exhibit G** is a true and correct screenshot of
3  Defendant's "Yoki Faux Fur Slides" that are no longer for sale on the Forever 21
4  website available at http://www.forever21.com/, that I last accessed on March 31,
5  2017.

6      9.    Attached hereto as **Exhibit H** is a true and correct screenshot of a
7  comment posted to on Forever 21 website's regarding the Fenty Pumas, available
8  at http://www.forever21.com/ that I last accessed on April 3, 2017.

9      10.    Attached hereto as **Exhibit I** is a true and correct screenshot of
10 Forever 21's Pinterest board available at
11 https://www.pinterest.com/forever21/forever-21-step-it-up/ that I last accessed on
12 March 31, 2017.

13     11.    Attached hereto as **Exhibit J** is a true and correct copy of an article
14 entitled "Fast Fashion" available at http://www.thefashionlaw.com/learn/fast-
15 fashions-green-initiatives-dont-believe-the-hype that I last accessed on April 4,
16 2017.

17     12.    Attached hereto as **Exhibit K** is a true and correct copy of an article
18 entitled "Rihanna Releases Brand New Puma Camouflage Creepers" available at
19 http://hollywoodlife.com/2016/07/28/rihanna-puma-creeper-camouflage-sneaker-
20 release-camo-pics/ that I last accessed on April 4, 2017.

21     13.    Attached hereto as **Exhibit L** is a true and correct copy of an article
22 entitled "Forever 21 Accused of Copying Rihanna's Fenty x Puma Bow Slides"
23 available at http://www.teenvogue.com/story/forever-21-rihanna-fenty-puma-bow-
24 slides-copy that I last visited on April 3, 2017 and a true and correct copy of an
25 article entitled "Forever 21 Has Been Accused Of Ripping Off Rihanna And That's
26 Pretty Much Exactly What Happened" available at
27 http://www.elle.com.au/news/fashion-news/2017/3/forever-21-rihanna-fenty-x-
28 puma-bow-slides/ that I last visited on April 10, 2017.

14.    Attached hereto as **Exhibit M** is a true and correct copy of the High Court of Düsseldorf's order enjoining Top Shop from selling knock offs of the Puma "Creeper," "Fur Slide," and "Bow Slide," including a certified German-to-English translation of the same.

15.    Attached hereto as **Exhibit N** are true and correct screenshots of items available for purchase on https://www.google.com that I last visited on April 3, 2017.

16.    Attached hereto as **Exhibit O** are true and correct screenshots of Fenty Bow Slides available for purchase at http://shop.nordstrom.com/s/puma-fenty-by-rihanna-bow-slide-women/4619721 that I last visited on April 5, 2017.

17.    Puma provided notice of this Motion to Forever 21's General Counsel via electronic mail and first class mail on March 31, 2017.  Thereafter, on April 4, 2017, prior to the filing of this Motion, counsel for Puma and Forever 21's General Counsel spoke telephonically about, among other things, this Motion.  During this discussion, Defendant's General Counsel refused to agree to refrain from releasing knock offs in the wake of Puma's upcoming shoe releases.

18.    On April 5, 2017, Forever 21 sent a follow up email declining to remove any knock off shoes and reserving the rights to "re-order or restock" Product Nos. 200084536 (Forever 21's "Satin Bow Slides") and 2000268434 (Forever 21's "Yoki Faux Suede Flatform Sneakers").  Attached hereto as **Exhibit P** are true and correct copies of email correspondence between counsel for Puma and Forever 21.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of April, 2017 in Los Angeles, California.

_____
Matthew J. Busch