Laura L. Chapman, Cal. Bar No. 167249
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

**DENIED BY ORDER OF THE COURT.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PUMA SE and PUMA NORTH AMERICA, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:17-cv-02523-PSG-E |
| v. | |
| FOREVER 21, INC. | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Dickson, Cecilia R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

412.471.8815          412.471.4094
*Telephone Number*      *Fax Number*

cdickson@webblaw.com
*E-Mail Address*

of

The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Forever 21, Inc.

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Chapman, Laura L.
*Designee's Name (Last Name, First Name & Middle Initial)*

167249        415.434.9100        415.434.3947
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lchapman@sheppardmullin.com
*E-Mail Address*

of

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

Dated: 5/3/17

**PHILIP S. GUTIERREZ**
U.S. District Judge/U.S. Magistrate Judge

SMRH:482714002.1                    -1-