VENABLE LLP
Justin E. Pierce (admitted *pro hac vice*)
jepierce@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone:  (202) 344-4442
Facsimile:   (202) 344-8300

Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
Matthew J. Busch (SBN 307396)
mjbusch@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Kimberly Culp Cloyd (SBN 238839)
kculp@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:  (415) 653-3750
Facsimile:   (415) 653-3755

Attorneys for Plaintiffs PUMA SE and
PUMA NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUMA SE, a German company; and PUMA NORTH AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>FOREVER 21, INC., a Delaware corporation,<br><br>Defendant-Appellee. | CASE NO. 2:17-cv-02523-PSG-E<br><br>**PLAINTIFFS PUMA SE AND PUMA NORTH AMERICA, INC.'S NOTICE OF APPEAL** |

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   NOTICE IS HEREBY GIVEN that Plaintiffs Puma SE and Puma North
2   America, Inc. (collectively, "Puma") in the above captioned proceeding hereby file
3   this notice appealing to the United States Court of Appeals for the Federal Circuit,
4   the order of the United States District Court for the Central District of California,
5   entered in this action on the 2nd day of June 2017 at Dkt. 57 denying Plaintiffs'
6   Motion for a Preliminary Injunction.

8   Dated:  July 3, 2017                         **VENABLE LLP**

9
10                                      By:   /s/ Tamany Vinson Bentz
11                                            Justin E. Pierce (admitted *pro hac vice*)
                                             Tamany Vinson Bentz
12                                            Kimberly Culp Cloyd
                                             Matthew J. Busch
13                                            Attorneys for Plaintiffs
                                             Puma SE and Puma North America,
14                                            Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1

PLAINTIFFS' NOTICE OF APPEAL

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                                                    )    ss.
COUNTY OF SAN FRANCISCO    )

  I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 505 Montgomery St., Suite 1400, San Francisco, California.

On **June 3, 2017**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **PLAINTIFFS PUMA SE AND PUMA NORTH AMERICA, INC.'S NOTICE OF APPEAL** on the interested parties in this action addressed as follows:

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>SEONG KIM<br>shkim@sheppardmullin.com<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, California 90067 | Counsel for Defendant Forever 21, Inc. |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>LAURA L. CHAPMAN<br>lchapman@sheppardmullin.com<br>TONI QIU<br>tqiu@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109 | Counsel for Defendant Forever 21, Inc. |
| THE WEBB LAW FIRM<br>KENT E. BALDAUF JR.<br>KBaldaufJr@webblaw.com<br>CECILIA R. DICKSON<br>CDickson@webblaw.com<br>CHRISTIAN D. EHRET<br>CEhret@webblaw.com<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200 \|<br>Pittsburgh, PA 15222 | Counsel for Defendant Forever 21, Inc. |

☑ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

 ☑ **BY ECF (FRAP 25(c)(1)(D)):**  Pursuant to **FRAP 25(c)(1)(D)**, I served the above stated document by court's transmission equipment to the interested parties in this action whose names and e-mail addresses are listed above.  I did not receive, within a reasonable time

VENABLE LLP<br>2049 CENTURY PARK EAST, SUITE 2300<br>LOS ANGELES, CA  90067<br>310-229-9900

1

after the transmission, any electronic message or other indication that the transmission was unsuccessful.  Service by e-mail or electronic means was agreed upon based on an agreement of the parties to accept service.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 3, 2017**, at San Francisco, California.

_____
James Cho

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900